**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEHREL PLASTICS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> TYCHEM, LLC, <br><br> Defendant(s). | Civil Action No: 17-9957 (CCC) <br><br> **ORDER DISMISSING CASE** <br> **Pursuant to F.R. Civ. P.4(m)** |

It appearing that the above captioned action having been pending for more than 90 days and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against all defendants.

**It is on this 29th day of MARCH 2018;**

**O R D E R E D** that the above captioned action be and is hereby dismissed, as to all defendant(s), pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____
**HON. CLAIRE C. CECCHI**
United States District Judge